# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Lynae McReynolds<br>v.<br>Graymills Corporation | FILED: MAY 25, 2008<br>08CV3041            LI<br>JUDGE ASPEN<br>MAGISTRATE   JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Lynae McReynolds

| NAME (Type or print) |
|---|
| William B. Thompson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William B. Thompson |
| FIRM |
| Solo |
| STREET ADDRESS |
| P O Box 584 |
| CITY/STATE/ZIP |
| Wheaton   IL   60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3123041 | 630.690.1971 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
n/a

RETAINED COUNSEL [ ]        APPOINTED COUNSEL [ ]