UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lynae McReynolds
                    Plaintiff,
v.                                          Case No.: 1:08−cv−03041
                                            Honorable Marvin E. Aspen
Graymills Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

   MINUTE entry before the Honorable Marvin E. Aspen dated 7/24/08:Status hearing held on 7/24/2008, and continued to 8/21/2008 at 10:30 AM. Parties are to meet and hold a preliminary settlement and discovery conference. Parties are to file with the court a joint discovery plan in advance of the status date, with a courtesy copy to Chambers, Room 2578. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.