**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   No. 08-cv-3041 |

Lynae McReynolds

vs.

Graymills Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

                             Graymills Corporation

| |
|---|
| NAME (Type or print) <br> Joel H. Spitz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>           s/Joel H. Spitz |
| FIRM    McGuireWoods LLP |
| STREET ADDRESS        77 West Wacker Drive, 41st Floor |
| CITY/STATE/ZIP        Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06204522 | TELEPHONE NUMBER <br> (312) 750-5704 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |

| |
|---|
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                          APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

I, Joel H. Spitz, an attorney, hereby certify that on August 19, 2008, I caused a copy of the foregoing *APPEARANCE for Joel H. Spitz* to be served by e-mail through this Court's CM/ECF filing system and regular mail, postage prepaid, upon the following:

>William B. Thompson
>Attorney for Plaintiff
>P.O. Box 584
>Wheaton, Illinois  60189-0584

By:  /s Joel H. Spitz\_

\6495560.1