**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:    No. 08-cv-3041

Lynae McReynolds, Plaintiff

v.

Graymills Corporation, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

                                Graymills Corporation

| | |
|---|---|
| NAME (Type or print) | |
| Dawn Cutlan Stetter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Dawn Cutlan Stetter | |
| FIRM | |
| McGuireWoods LLP | |
| STREET ADDRESS | |
| 77 West Wacker Drive, 41st Floor` | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6272108 | (312) 750-8657 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
|  RETAINED COUNSEL              APPOINTED COUNSEL | |

**CERTIFICATE OF SERVICE**

I, Dawn Cutlan Stetter, an attorney, hereby certify that on August 19, 2008, I caused a copy of the foregoing *APPEARANCE for Dawn Cutlan Stetter* to be served by e-mail through this Court's CM/ECF filing system and regular mail, postage prepaid, upon the following:

>William B. Thompson
>Attorney for Plaintiff
>P.O. Box 584
>Wheaton, Illinois  60189-0584

By:  /s Dawn Cutlan Stetter

\6495560.1