IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNAE MCREYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 08-cv-3041 |
| | ) | Honorable Judge Aspen |
| GRAYMILLS CORPORATION, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Graymills Corporation ("Graymills"), by and through its attorneys, McGuireWoods LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, makes the following disclosure:

Graymills hereby declares that it is privately-held corporation, it does not have any parent corporation(s), and no publicly held corporation owns five percent (5%) or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: August 19, 2008                        Respectfully submitted,
                                               GRAYMILLS CORPORATION


                                               By: _s/ Dawn Cutlan Stetter_____
                                                    One of Its Attorneys


Joel H. Spitz (jspitz@mcguirewoods.com)
Dawn Cutlan Stetter (dstetter@mcguirewoods.com)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

1

**CERTIFICATE OF SERVICE**

I, Dawn Cutlan Stetter, an attorney, certify that on this 19th day of August, 2008, I electronically filed the foregoing *Defendant's Rule 7.1 Disclosure Statement* with the Clerk of the Court using the ECF system, which will send notification of such filing to the following individual(s):

> William B. Thompson
> Attorney at Law
> P.O. Box 584
> Wheaton, IL 60189

By:   s/ Dawn Cutlan Stetter
       Dawn Cutlan Stetter

\6495669.1

2