UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Lynae McReynolds
       Plaintiff,

v.              Case No.: 1:08−cv−03041
              Honorable Marvin E. Aspen

Graymills Corporation
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/21/2008, and continued to 4/2/09 at 10:30 a.m. All Discovery ordered, including expert discovery, closed by 3/1/2009.Parties to are to file a joint pretrial order in open court on 4/2/2009 at 10:30 AM. Parties are to file with the court a joint letter on or before 10/15/08, as to the status of settlement.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.